# In the United States Court of Federal Claims

No. 08-820C

(Filed: November 19, 2008)
_____

BERING STRAITS AEROSPACE
SERVICES,

           Plaintiff,

  v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**
_____

      Today, November 19, 2008, a preliminary telephonic status conference was scheduled for 2:00 p.m. (EST) in this bid protest case. Plaintiff's counsel was unavailable at that time and repeated efforts to reach him were unsuccessful. The conference is hereby rescheduled for Friday, November 21, 2008, at 2:00 p.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference. Counsel for each party shall appear in person, except for counsel for the defendant-intervenor, who may participate telephonically. If plaintiff's counsel fails to appear at Friday's conference, the court will issue an order to show cause why sanctions should not be imposed.

    **IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                           Judge