# In the United States Court of Federal Claims

No. 08-820C

(Filed: November 21, 2008)

_____

BERING STRAITS AEROSPACE
SERVICES,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant,

  And

LOGMET, LLC,

        Defendant-Intervenor.

_____

**ORDER**
_____

    Today, November 21, 2008, a preliminary conference was held in this case. Participating in the conference were Kenneth Martin, for plaintiff; Tara Hogan, for defendant; and Richard Oliver, for defendant-intervenor. Based on discussions during the conference, it was agreed that:

1. On or before 5:00 p.m. (EST) November 24, 2008, the parties shall submit to chambers an agreed upon protective order.

2. On or before November 26, 2008, defendant shall file the administrative record on a CD-ROM, and shall effectuate service to plaintiff via hand delivery and to defendant-intervenor on or before November 28, 2008.

3. On or before December 1, 2008, a courtesy copy of the administrative record, in paper form, shall be delivered to chambers.

4. On or before December 3, 2008, plaintiff shall file its motion to supplement the administrative record, if necessary.

5. On or before December 15, 2008, plaintiff shall file its motion for judgment on the administrative record.

6. On or before January 5, 2009, defendant and defendant-intervenor shall file their cross-motions for judgment on the administrative record and their responses to plaintiff's motion.

7. On or before January 23, 2009, plaintiff shall file its response to defendant and defendant-intervenor's motions and its reply in support of its motion for judgment on the administrative record.

8. On or before February 4, 2009, defendant and defendant-intervenor shall file their replies in support of their cross-motions for judgment on the administrative record.

9. Oral argument on these motions will be held on February 11, 2009, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

10. Defendant and defendant-intervenor shall not be required to file responses to the complaint in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge