# In the United States Court of Federal Claims

No. 08-820C

(Filed:  February 12, 2009)
_____

BERING STRAITS AEROSPACE
SERVICES,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant,

  And

LOGMET, LLC,

        Defendant-Intervener.

_____

**ORDER**
_____

      On February 11, 2009, oral argument was held in this case.  Participating in the argument were William Walker, for plaintiff; Tara Hogan, for defendant; and Richard Oliver, for defendant-intervener.  At the close of the proceedings the court issued a ruling based on its review of the briefs, the administrative record, caselaw, and the arguments.  Accordingly:

    1.    For the reasons described at the oral argument, the court hereby **DENIES** plaintiff's motion for judgment on the administrative record, and **GRANTS** defendant's and defendant-intervener's motions for judgment on the administrative record.

    2.    Based on the foregoing, the Clerk is hereby ordered to dismiss this complaint.

    3.    After March 11, 2009, the portion of the digital recording that comprises the court's ruling shall be unsealed, unless the parties identify protected or privileged materials subject to redaction in a filing prior to said date.  Such

materials shall be identified with specificity (either by time or specific language), in terms of the language to be redacted and the reasons for that redaction.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge
