# In the United States Court of Federal Claims

No. 08-820C

(Filed: March 12, 2009)

_____

BERING STRAITS AEROSPACE SERVICES,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant,

And

LOGMET, LLC,

        Defendant-Intervener.

_____

**ORDER**

_____

At the close of oral argument on February 11, 2009, the court issued a ruling in this case, which was memorialized in an order the following day. Pursuant to that order, the Clerk is hereby directed to unseal the portion of the digital recording from the February 11, 2009, oral argument that comprises the court's ruling (10:50:05 - 11:11:00).

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge